IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ERIK STEVEN GUNHEIM - #136486 / | No. C 12-mc-80111WHA<br><br>**ORDER RE SUSPENSION AND CLOSING FILE** |

On April 23, 2012 this Court ordered respondent Erik Steven Gunheim to show cause in writing, on or before June 6, 2012, as to why his name should not be removed from the roll of attorneys authorized to practice before this Court, pending further notice from the State Bar of California. The order was sent to respondent's registered address with the State Bar of California.

The time to show cause having passed, and the Court having received no written statement of cause or other communication from respondent, and good cause appearing, it is **HEREBY ORDERED** that:

1.  Erik Steven Gunheim's name shall **HEREBY BE REMOVED** from the roll of attorneys authorized to practice before this Court, pending further notice from the State Bar of California.

2.  The Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

cc: STATE BAR OF CALIFORNIA